■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN RIVERA, Appellant. [885 NYS2d 240]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Walsh, J.), both imposed September 23, 2005, under S.C.I. No. 14579/92 and indictment No. 663/93 respectively, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Mastro, Dillon, Angiolillo and Belen, JJ., concur.